# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2509
LT Case No. 2025-CC-001868

_____

ANEKA MARTIN,

Appellant,

v.

PC PARKLAND FL, LLC d/b/a
PARKLAND at ORANGE PARK,

Appellee.

_____

On appeal from the County Court for Clay County.
Kristina Keller Mobley, Judge.

Aneka Martin, Orange Park, pro se.

Whitney H. Daly, of The MGFD Law Firm, Palm Harbor, for
Appellee.

July 9, 2026

PER CURIAM.

AFFIRMED.

EISNAUGLE, HARRIS, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____